# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00787-CV

**Patricio Hernandez, Appellant**

**v.**

**Amber Frithiof, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
## NO. 08-2922-FC2, THE HONORABLE JOHN B. MCMASTER, JUDGE PRESIDING

## O R D E R  A N D  M E M O R A N D U M  O P I N I O N

**PER CURIAM**

We abate this appeal and remand for the trial court to make findings of fact and conclusions of law. The trial court shall file its findings of fact and conclusions of law underlying its Final Order in Suit to Modify the Parent-Child Relationship filed on September 21, 2023, and the trial court clerk shall file a supplemental clerk's record containing those findings and conclusions no later than December 3, 2024.

When the supplemental record containing the trial court's findings and conclusions is filed, we will set a supplemental briefing schedule for challenges arising from those findings and conclusions.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated and Remanded

Filed: October 18, 2024